UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv144

| | |
|---|---|
| MICHAEL W. SLOOP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the defendant's Rule 68 offer of judgment and the plaintiffs' acceptance and rejection of the offer of judgment. (Doc. Nos. 11 and 11-1). Because there is no just reason for delay, the Court hereby directs entry of final judgment as to the plaintiffs who have accepted the offer. Judgment shall only be entered as to the plaintiffs who have accepted the offer as set forth in Docket Entry 11-1. Judgment shall not be entered as to plaintiffs John Robert Garrett and Richard F. Korenich, who have rejected the offer.

**SO ORDERED.**

Signed: June 10, 2010

Robert J. Conrad, Jr.
Chief United States District Judge