# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MICHAEL W. SLOOP, ET AL,

    Plaintiff(s),

vs.

CITY OF CHARLOTTE,
NORTH CAROLINA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 3:10CV144

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/10/2010 Order.

Signed: June 10, 2010

Frank G. Johns, Clerk
United States District Court