UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:10-cv-144

| | |
|---|---|
| MICHAEL W. SLOOP, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CITY OF CHARLOTTE, NORTH CAROLINA, | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

**THIS MATTER** is before the Court with the consent of the parties,

**IT IS, THEREFORE, ORDERED** that judgment is hereby entered in favor of the following plaintiffs for the amount shown opposite each name, for unpaid overtime due under the Fair Labor Standards Act:

| | |
|---|---|
| Richard F. Korenich | $1,628.77 |
| John R. Garrett | $15,388.20 |

Signed: July 1, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

**ON MOTION OF AND BY CONSENT OF THE PARTIES**

| **FOR THE PLAINTIFFS** | **FOR THE DEFENDANT** |
|---|---|
| s/ Louis L. Lesesne, Jr. | s/ Hope A. Root |
| Louis L. Lesesne, Jr. | Hope A. Root |
| NC State Bar No. 6723 | NC State Bar No. 19771 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Essex Richards, P.A. | Senior Assistant City Attorney |
| 1701 South Blvd. | CMGC – 15th Floor |
| Charlotte NC 28203-4727 | 600 E. 4th St. |
| 704-377-4300 | Charlotte NC 28202 |
| Fax: 704-372-1357 | 704-336-5804 |
| Llesesne@essexrichards.com | hroot@ci.charlotte.nc.us |

s/ Norris A. Adams II
Norris A. Adams II
NC State Bar No. 32552
Attorney for Plaintiffs
Essex Richards, P.A.
1701 South Blvd.
Charlotte NC 28203-4727
704-377-4300
Fax: 704-372-1357
nadams@essexrichards.com